Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Karena K. Ioannou
kioannou@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*FoxMind Canada Enterprises Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOXMIND CANADA ENTERPRISES LTD., <br><br> *Plaintiff* <br><br> v. <br><br> CHANGSHA FUSHENG TRADING CO., LTD., CHANGSHA RUNFENG ELECTRONIC COMMERCE CO., LIMITED, CHANGZHOU XICHEN DIAO TEXTILE CO., LTD., CHENGDU LANPINSHENG INTERNATIONAL TRADE CO., LTD., CHONGQING MENGYIGOU ELECTRONIC COMMERCE CO., LTD., CHONGQING ZHENGFENG TECHNOLOGY CO., LTD., CUTIECARE STORE, DONG GUAN BOUTIQUE LIVING PRODUCT CO., LTD., DONGGUAN BOGAO SILICONE PRODUCTS CO., LTD., DONGGUAN CITY REWIN GIFT COMPANY LIMITED, DONGGUAN MEINUO CRAFTS CO., LTD., DONGGUAN QIAOTOU DONGSHANG SILICONE RUBBER MOLD PRODUCTS FACTORY, DONGGUAN SANCAI PAPER CO., LTD., DONGGUAN SHENGDAO SILICONE RUBBER PRODUCTS CO., LTD., | **22-cv-885 (VSB)** <br><br><br> [PROPOSED] <br> **UNSEALING ORDER** |

1

DONGGUAN SHERO SPORTS GOODS CO., LTD., DONGGUAN TIANWEI PRECISE SILICONE PRODUCTS CO., LTD., DONGGUAN T-NICE SILICONE TECHNOLOGY CO., LTD., DONGGUAN USTAR GIFTS CO., LTD., DONGGUAN WELLFINE SILICONE PRODUCTS CO., LTD., DONGGUAN XINYUE TECHNOLOGY CO., LTD., DONGGUAN YOUHANG RUBBER & PLASTIC PRODUCTS CO., LTD., DONGGUAN ZHENCAI TRADING CO., LTD., DONGYANG RUIFENG COMMODITY CO., LTD., FOSHAN JANMART DECORATION MATERIALS COMPANY LIMITED, FOSHAN LQJP TRADING CO., LTD., FOSHAN QUZHONGDAI ELECTRONIC TECHNOLOGY CO., LTD., FUJIAN TUOJIANG IOT TECHNOLOGY CO., LTD., GUANGZHOU RHING TRADING CO., LTD., GUANGZHOU SUNUP HOUSEWARE CO., LTD., GUANGZHOU YIMAI TRADING CO., LTD., HAINING HONGMO TECHNOLOGY CO.,LTD., HAINING JINHU IMPORT & EXPORT CO., LTD., HANGZHOU DONGWANG TECHNOLOGY CO., LTD., HANGZHOU TONGHE TOYS CO., LTD., HANGZHOU WATERSY HOUSEWARE PRODUCTS CO., LTD., HANGZHOU YISHANG CLOTHING CO., LTD., HANGZHOU ZHULIANBIHE CROSS BORDER E-COMMERCE CO., LTD., HANGZHOU ZIRUI TRADING CO., LTD., HENAN 1ST CENTURY ROBOT CO., LTD., HUIZHOU DINGLI SILICONE RUBBER PRODUCTS CO., LTD., HUIZHOU HUAYUSI TECHNOLOGY CO., LTD., HUIZHOU SUAN TECHNOLOGY CO., LTD., I AM GROOT STORE, JI'AN ZHICAI PACKING PRODUCTS CO., LTD., JIANGXI RUIDA SHANGDIAN GARMENT CO., LTD., JINHUA SUOYI E-COMMERCE CO., LTD., JINHUA YIFAN ARTS AND CRAFTS CO., LTD., JINJIANG ODEN IMPORT&EXPORT CO., LTD, KEZAN STORE, KUNSHAN CHUANGHESHUANG AUTOMATION EQUIPMENT CO., LTD., MYSTICAL WISDO STORE, NANJING LITAMEI ENVIRONMENTAL PROTECTION EQUIPMENT CO., LTD., NINGBO BEILUN

HAPPYFOAM CRAFT CO., LTD., NINGBO SEASONS IMPORT AND EXPORT CO., LTD., NINGBO VANCHAM BAGS & GIFTS CO., LTD., NINGBO YINZHOU YUANJUN IMP. & EXP. CO., LTD., NO STRESS STORE, POP IT OFFICIAI STORE, POPFIDGET TOY STORE, PROTECT HEALTHY STORE, QUALITY BOUTIQUE STORE, QUANZHOU NUMBERONE TEXTILE TECHNOLOGY CO., LTD., QUANZHOU RIQUAN TRADING CO., LTD., SHANDONG RUNYANG SUPPLY CHAIN MANAGEMENT CO., LTD., SHANGCHENG COUNTY HAIBAODA TRADING CO., LTD., SHANGHAI QICHANG TRADING CO., LTD., SHANGHAI YEXIANG NETWORK TECHNOLOGY LIMITED COMPANY, SHANTOU CHENGHAI HAIPENGDA PLASTIC TOYS CO., LTD., SHANTOU CITY CHENGHAI AREA YICHENG TOYS FACTORY, SHANTOU CITY LONGHU DISTRICT I WANT TO PLAY TOY WHOLESALE DEPARTMENT, SHANTOU HONGTIAN ENVIRONMENTAL PROTECTION TECHNOLOGY CO., LTD., SHANTOU QILONG TOYS CO., LTD., SHANTOU SUNYOK TOYS TECHNOLOGY CO., LTD., SHENZHEN CYMAY GIFTS & PACKAGING FACTORY, SHENZHEN DINGFENG CHUANGYI TECHNOLOGY CO., LTD., SHENZHEN EKARICH INDUSTRIES CO., LTD., SHENZHEN EMIRY TRADING COMPANY LTD., SHENZHEN FANDTAI TECHNOLOGY COMPANY LIMITED, SHENZHEN FUTIAN DISTRICT YIDETONG TRADE FIRM, SHENZHEN GUANGMING QIYEHE TRADING FIRM, SHENZHEN HANWAN FOREIGN TRADE CO., LTD., SHENZHEN HAODAXIN TECHNOLOGY CO., LTD., SHENZHEN HENG YI XIN TECHNOLOGY CO., LTD., SHENZHEN HENG YOU FENG ELECTRONIC TECHNOLOGY CO., LTD., SHENZHEN JING TIAN HOUSEHOLD COMMODITY CO., LTD., SHENZHEN KAICHUANGTONG E-COMMERCE CO., LTD., SHENZHEN KONSDA TECHNOLOGY CO., LTD., SHENZHEN LAUDTEC ELECTRONICS CO., LTD., SHENZHEN LENGTHKEY TECHNOLOGY CO.,

LTD., SHENZHEN MERRYCOO INDUSTRIAL CO., LTD., SHENZHEN MYDEAR SILICONE PRODUCT CO., LTD., SHENZHEN PIPIBAILV TECHNOLOGY CO., LTD., SHENZHEN SAIOUER TECHNOLOGY CO., LTD., SHENZHEN SHENGKE AUTOMATION EQUIPMENT CO., LTD., SHENZHEN SMARTIBM INDUSTRY CO., LTD., SHENZHEN TAIJIXIANG TECHNOLOGY COMPANY LIMITED, SHENZHEN UMKU TRADING CO., LTD., SHENZHEN XINTU SILICONE RUBBER PRODUCTS CO.,LTD, SHENZHEN YIYUE INDUSTRY AND TRADE CO., LTD., SHENZHEN YOUWEIYOUPIN TECH CO., LTD., SHENZHEN ZHIZHI BRAND INCUBATION CO., LTD., SHIJIAZHUANG CEARTH IMP & EXP CO., LTD., SHIJIAZHUANG YOUEN TECHNOLOGY CO., LTD., SHOP4426029 STORE, SHOP5132075 STORE, SHOP911134294 STORE, SPEC-TECH (XIAMEN) CO., LTD., TAIZHOU FU SAN SHU HANDICRAFT CO.,LTD., UTILLER (XIAMEN) IMP.&EXP. CO., LTD., WEIQU TONGXUN (GUANGZHOU) E-COMMERCE CO., LTD., WENZHOU TIMES ARTS&CRAFTS CO., LTD., WUHAN XINGBO TECHNOLOGY CO., LTD., WUXI CHRT ELECTRONIC TECHNOLOGY CO., LTD., XIAMEN 10TREES NETWORK TECHNOLOGY CO., LTD., XIAMEN GAOXINCHENG SILICONE COMPANY, XIAMEN GEXUAN SUPPLY CHAIN MANAGEMENT CO., LTD., XIAMEN GOEPP NETWORK TECHNOLOGY CO., LTD., XIAMEN HIPIE INDUSTRIAL CO.,LTD, XIAMEN LVBIKE TRADING CO., LTD., XIAMEN MY-GIFT TECHNOLOGY CO., LTD., XIAMEN SUNGLAN IMP. & EXP. CO., LTD., XIAMEN TINTOP INDUSTRIAL CO., LTD, XINXIANG HITON TECHNOLOGY CO., LTD., XINXIANG QUCHUANG TOYS CO., LTD., XUZHOU ZIFEIYU IMPORT AND EXPORT TRADE CO., LTD., YINIJIN STORE, YIWU BAIGE CRAFTS CO., LTD., YIWU CHUANGYU ARTS AND CRAFTS CO.,LTD., YIWU HONGXIN TRADE CO., LTD., YIWU JIN'AN E-COMMERCE CO., LTD., YIWU LEADING IMPORT AND EXPORT CO., LTD.,

YIWU LIXUN TRADING CO., LTD., YIWU QINGRAN CHILDREN'S PRODUCT CO., LTD., YIWU QIUWEI ARTWARE CO., LTD., YIWU SHANGGU E-COMMERCE CO., LTD., YIWU WUQIU TRADING CO., LTD., YIWU ZHUOXUAN PLASTIC & SILICONE PRODUCTS CO., LTD., ZHAOQING ZHUOXING SILICONE PRODUCT CO., LTD., ZHEJIANG MULTISTAY INDUSTRY CO., LTD and ZHONGSHAN MX SILICONE RUBBER MODEL FACTORY,

*Defendants*

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this 13th day of May, 2022

New York, New York

_____
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

5