Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Karena K. Ioannou
kioannou@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*FoxMind Canada Enterprises Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOXMIND CANADA ENTERPRISES LTD., <br><br> *Plaintiff* <br><br> v. <br><br> BADOUYU INTELLIGENT IOT TECHNOLOGY (SUZHOU) CO., LTD., CHANGSHA FUSHENG TRADING CO., LTD., CHANGSHA RUNFENG ELECTRONIC COMMERCE CO., LIMITED, CHANGZHOU XICHEN DIAO TEXTILE CO., LTD., CHENGDU LANPINSHENG INTERNATIONAL TRADE CO., LTD., CHONGQING MENGYIGOU ELECTRONIC COMMERCE CO., LTD., CHONGQING ZHENGFENG TECHNOLOGY CO., LTD., CUTIECARE STORE, DONG GUAN BOUTIQUE LIVING PRODUCT CO., LTD., DONGGUAN BOGAO SILICONE PRODUCTS CO., LTD., DONGGUAN CITY REWIN GIFT COMPANY LIMITED, DONGGUAN LUCKY GOLDJYX COMPANY LIMITED, DONGGUAN MEINUO CRAFTS CO., LTD., DONGGUAN QIAOTOU DONGSHANG SILICONE RUBBER MOLD PRODUCTS FACTORY, DONGGUAN SANCAI PAPER CO., LTD., DONGGUAN SHENGDAO SILICONE RUBBER PRODUCTS CO., LTD., DONGGUAN SHERO SPORTS GOODS CO., LTD., DONGGUAN TIANWEI PRECISE SILICONE PRODUCTS CO., LTD., DONGGUAN T- | **MISCELLANEOUS ACTION No. 22-mc-27** <br><br> **[PROPOSED] PAC ORDER TEMPORARILY SEALING FILE** <br><br> **FILED UNDER SEAL** |

NICE SILICONE TECHNOLOGY CO., LTD., DONGGUAN USTAR GIFTS CO., LTD., DONGGUAN WELLFINE SILICONE PRODUCTS CO., LTD., DONGGUAN XINYUE TECHNOLOGY CO., LTD., DONGGUAN YOUHANG RUBBER & PLASTIC PRODUCTS CO., LTD., DONGGUAN ZHENCAI TRADING CO., LTD., DONGYANG RUIFENG COMMODITY CO., LTD., FOSHAN CITY CAMPING TECHNOLOGY CO., LTD, FOSHAN JANMART DECORATION MATERIALS COMPANY LIMITED, FOSHAN LQJP TRADING CO., LTD., FOSHAN QUZHONGDAI ELECTRONIC TECHNOLOGY CO., LTD., FUJIAN TUOJIANG IOT TECHNOLOGY CO., LTD., GUANGZHOU RHING TRADING CO., LTD., GUANGZHOU SUNUP HOUSEWARE CO., LTD., GUANGZHOU YIMAI TRADING CO., LTD., HAINING HONGMO TECHNOLOGY CO.,LTD., HAINING JINHU IMPORT & EXPORT CO., LTD., HANGZHOU DONGWANG TECHNOLOGY CO., LTD., HANGZHOU TONGHE TOYS CO., LTD., HANGZHOU WATERSY HOUSEWARE PRODUCTS CO., LTD., HANGZHOU YISHANG CLOTHING CO., LTD., HANGZHOU ZHULIANBIHE CROSS BORDER E-COMMERCE CO., LTD., HANGZHOU ZIRUI TRADING CO., LTD., HENAN 1ST CENTURY ROBOT CO., LTD., HUIZHOU DINGLI SILICONE RUBBER PRODUCTS CO., LTD., HUIZHOU HUAYUSI TECHNOLOGY CO., LTD., HUIZHOU SUAN TECHNOLOGY CO., LTD., I AM GROOT STORE, INO TECHNOLOGY (XIAMEN) CO.,LTD., JI'AN ZHICAI PACKING PRODUCTS CO., LTD., JIANGXI RUIDA SHANGDIAN GARMENT CO., LTD., JINHUA SUOYI E-COMMERCE CO., LTD., JINHUA YIFAN ARTS AND CRAFTS CO., LTD., JINJIANG ODEN IMPORT&EXPORT CO., LTD, KEZAN STORE, KUNSHAN CHUANGHESHUANG AUTOMATION EQUIPMENT CO., LTD., MYSTICAL WISDO STORE, NANJING LITAMEI ENVIRONMENTAL PROTECTION EQUIPMENT CO., LTD., NANTONG YOU AND ME INTERNATIONAL TRADE CO., LTD., NINGBO BEILUN HAPPYFOAM CRAFT CO., LTD., NINGBO SEASONS IMPORT AND EXPORT CO., LTD., NINGBO VANCHAM BAGS & GIFTS CO., LTD., NINGBO YINZHOU YUANJUN IMP. & EXP. CO., LTD., NO STRESS STORE, PINGYANG HANCHUAN HOUSEHOLD GOODS CO., LTD., POP IT OFFICIAI STORE, POPFIDGET TOY STORE, PROTECT HEALTHY STORE, QUALITY BOUTIQUE STORE, QUANZHOU NUMBERONE TEXTILE TECHNOLOGY CO., LTD., QUANZHOU QIANPIN

TRADE CO.,LTD., QUANZHOU RIQUAN TRADING
CO., LTD., SHANDONG RUNYANG SUPPLY CHAIN
MANAGEMENT CO., LTD., SHANGCHENG COUNTY
HAIBAODA TRADING CO., LTD., SHANGHAI
QICHANG TRADING CO., LTD., SHANGHAI
YEXIANG NETWORK TECHNOLOGY LIMITED
COMPANY, SHANTOU CHENGHAI HAIPENGDA
PLASTIC TOYS CO., LTD., SHANTOU CITY
CHENGHAI AREA YICHENG TOYS FACTORY,
SHANTOU CITY LONGHU DISTRICT I WANT TO
PLAY TOY WHOLESALE DEPARTMENT, SHANTOU
HONGTIAN ENVIRONMENTAL PROTECTION
TECHNOLOGY CO., LTD., SHANTOU QILONG TOYS
CO., LTD., SHANTOU SHENGYING TOYS CO., LTD.,
SHANTOU SUNYOK TOYS TECHNOLOGY CO.,
LTD., SHENZHEN CYMAY GIFTS & PACKAGING
FACTORY, SHENZHEN DEMENG TOY DESIGN
DEVELOPMENT CO., LIMITED, SHENZHEN DIHAO
TECHNOLOGY CO., LTD., SHENZHEN DINGFENG
CHUANGYI TECHNOLOGY CO., LTD., SHENZHEN
EKARICH INDUSTRIES CO., LTD., SHENZHEN
EMIRY TRADING COMPANY LTD., SHENZHEN
FANDTAI TECHNOLOGY COMPANY LIMITED,
SHENZHEN FUTIAN DISTRICT YIDETONG TRADE
FIRM, SHENZHEN GUANGMING QIYEHE TRADING
FIRM, SHENZHEN HANWAN FOREIGN TRADE CO.,
LTD., SHENZHEN HAODAXIN TECHNOLOGY CO.,
LTD., SHENZHEN HENG YI XIN TECHNOLOGY CO.,
LTD., SHENZHEN HENG YOU FENG ELECTRONIC
TECHNOLOGY CO., LTD., SHENZHEN JING TIAN
HOUSEHOLD COMMODITY CO., LTD., SHENZHEN
KAICHUANGTONG E-COMMERCE CO., LTD.,
SHENZHEN KONSDA TECHNOLOGY CO., LTD.,
SHENZHEN LAUDTEC ELECTRONICS CO., LTD.,
SHENZHEN LENGTHKEY TECHNOLOGY CO., LTD.,
SHENZHEN MERRYCOO INDUSTRIAL CO., LTD.,
SHENZHEN MYDEAR SILICONE PRODUCT CO.,
LTD., SHENZHEN PIPIBAILV TECHNOLOGY CO.,
LTD., SHENZHEN SAIOUER TECHNOLOGY CO.,
LTD., SHENZHEN SHENGKE AUTOMATION
EQUIPMENT CO., LTD., SHENZHEN SMARTIBM
INDUSTRY CO., LTD., SHENZHEN TAIJIXIANG
TECHNOLOGY COMPANY LIMITED, SHENZHEN
UMKU TRADING CO., LTD., SHENZHEN
XINGFUMING SILICONE CO., LIMITED, SHENZHEN
XINTU SILICONE RUBBER PRODUCTS CO.,LTD,
SHENZHEN XIUWAI TECHNOLOGY CO., LTD.,
SHENZHEN YIYUE INDUSTRY AND TRADE CO.,
LTD., SHENZHEN YOUWEIYOUPIN TECH CO., LTD.,
SHENZHEN ZHIZHI BRAND INCUBATION CO.,

LTD., SHIJIAZHUANG CEARTH IMP & EXP CO., LTD., SHIJIAZHUANG YOUEN TECHNOLOGY CO., LTD., SHOP4426029 STORE, SHOP5132075 STORE, SHOP911134294 STORE, SPEC-TECH (XIAMEN) CO., LTD., SUZHOU OQIXIN TRADING CO., LTD., TAIZHOU FU SAN SHU HANDICRAFT CO.,LTD., UTILLER (XIAMEN) IMP.&EXP. CO., LTD., WEIQU TONGXUN (GUANGZHOU) E-COMMERCE CO., LTD., WENZHOU TIMES ARTS&CRAFTS CO., LTD., WUHAN XINGBO TECHNOLOGY CO., LTD., WUXI CHRT ELECTRONIC TECHNOLOGY CO., LTD., XIAMEN 10TREES NETWORK TECHNOLOGY CO., LTD., XIAMEN AIJIN TRADING CO., LTD., XIAMEN GAOXINCHENG SILICONE COMPANY, XIAMEN GEXUAN SUPPLY CHAIN MANAGEMENT CO., LTD., XIAMEN GOEPP NETWORK TECHNOLOGY CO., LTD., XIAMEN HIPIE INDUSTRIAL CO.,LTD, XIAMEN LVBIKE TRADING CO., LTD., XIAMEN MY-GIFT TECHNOLOGY CO., LTD., XIAMEN SUNGLAN IMP. & EXP. CO., LTD., XIAMEN TINTOP INDUSTRIAL CO., LTD, XINXIANG HITON TECHNOLOGY CO., LTD., XINXIANG QUCHUANG TOYS CO., LTD., XUZHOU ZIFEIYU IMPORT AND EXPORT TRADE CO., LTD., YINIJIN STORE, YIWU BAIGE CRAFTS CO., LTD., YIWU CHUANGYU ARTS AND CRAFTS CO.,LTD., YIWU HONGXIN TRADE CO., LTD., YIWU JIN'AN E-COMMERCE CO., LTD., YIWU LEADING IMPORT AND EXPORT CO., LTD., YIWU LIXUN TRADING CO., LTD., YIWU QINGRAN CHILDREN'S PRODUCT CO., LTD., YIWU QIUWEI ARTWARE CO., LTD., YIWU SHANGGU E-COMMERCE CO., LTD., YIWU SHUOLONG IMPORT AND EXPORT CO., LTD., YIWU WUQIU TRADING CO., LTD., YIWU ZHUOXUAN PLASTIC & SILICONE PRODUCTS CO., LTD., ZHAOQING ZHUOXING SILICONE PRODUCT CO., LTD., ZHEJIANG MULTISTAY INDUSTRY CO., LTD and ZHONGSHAN MX SILICONE RUBBER MODEL FACTORY,

*Defendants*

On this day, the Court considered Plaintiff's Motion for Leave to File Case Under Seal and it is hereby ORDERED that the Clerk of the Court shall maintain the documents associated with the above-referenced action, including, but not limited to, Plaintiff's Complaint and exhibits attached thereto and Plaintiff's *ex parte* application for: 1) a temporary restraining order; 2) an order restraining Merchant Storefronts and Defendants' Assets with the Financial Institutions; 3) an order to show cause why a preliminary injunction should not issue; 4) an order authorizing bifurcated and alternative service; and 5) an order authorizing expedited discovery and the supporting declarations of David Capon and Karena K. Ioannou and exhibits attached thereto under seal for a period of one (1) week, or until further order by the Court.

The Clerk of the Court is directed to restrict access to this Order to the selected party viewing level. The Clerk of the Court is directed to close this miscellaneous matter. It is also hereby ORDERED that, notwithstanding this Order to Temporarily Seal File, the Clerk of the Court shall have authority to provide Plaintiff with certified copies of any orders entered in this matter while under seal.

SIGNED this 26th day of January , 2022, at 9 ⁰⁰ p .m.

_____
UNITED STATES DISTRICT JUDGE

1