UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
FOXMIND CANADA ENTERPRISES  :
LTD.,  :
:
                      Plaintiff,  :         22-cv-0885 (VSB)
:
      -against-  :         **<u>SEALED ORDER</u>**
:
:
BADOUYU INTELLIGENT IOT  :
TECHNOLOGY (SUZHOU) CO., et al.,  :
:
                   Defendants.  :
:
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      I am in receipt of Plaintiff Foxmind Canada Enterprises Ltd.'s sealed (1) Complaint, (2) Proposed TRO & Schedule A, (3) Memorandum of Law in Support of Ex Parte Application for TRO, (4) Declaration of David Capon, (5) Declaration of Karena Ioannou, (6) Summons, (7) Civil Cover Sheet, (8) Rule 7.1 Statement, (9) AO121 & Attachment, (10) AO120, and (11) Enclosed CD.

      It is hereby ORDERED that Counsel for Plaintiff Foxmind Canada Enterprises Ltd. shall appear before me to address the issues raised in the materials on Monday, February 7, 2022 at 12:00 p.m.  The dial-in information for the conference is as follows: 1-888-363-4749, conference code 2682448.

      Specifically, Counsel for Plaintiff should be prepared to answer the following questions for the Court:

1. Did Plaintiff identify any allegedly counterfeit products that were in fact shipped to New York?

2. How does availability or population of the New York Address during the checkout process, without confirming actual shipments to New York, establish personal jurisdiction over Defendants?

3. Did Plaintiff confirm availability of the New York Address during the checkout process for every named defendant?

    a. If not, how did Plaintiff select the sample of defendants to demonstrate the New York Address was available during the checkout process?  (*See* Compl. Ex. C.)

    b. How does this affect whether this court has personal jurisdiction over those defendants for which Plaintiff did not confirm availability or population of the New York Address during the checkout process?

SO ORDERED.

Dated: February 3, 2022
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge