```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
  FOXMIND CANADA ENTERPRISES                               :
  LTD.,                                                    :
                                                           :
                              Plaintiff,                   :   22-cv-0885 (VSB)
                                                           :
                 -against-                                 :        ORDER
                                                           :
                                                           :
  BADOUYU INTELLIGENT IOT                                  :
  TECHNOLOGY (SUZHOU) CO., et al.,                         :
                                                           :
                              Defendants.                  :
                                                           :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

  Plaintiff initiated this action on February 2, 2022. (Doc. 10.) This case was initially filed under seal. (*See* Doc. 7.) On March 18, 2022, I granted a temporary restraining order against Defendants. (Doc. 18.) On May 13, 2022, I granted a preliminary injunction against Defendants, (Doc. 6), and ordered that this action be unsealed, (Doc. 5). On May 19, 2022, Plaintiff filed affidavits of service. (Doc. 20.) The deadline for Defendants to respond to Plaintiff's complaint was April 26, 2022. (*See id.*) To date, Defendants have not appeared or responded to the complaint. Accordingly, it is hereby:

  ORDERED that, on or before July 11, 2022, Plaintiff file a status update indicating what, if any, additional judicial relief is needed in this action, or if this case may be closed. If Plaintiff intends to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than July 11, 2022. If Plaintiff fails to seek default or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: July 1, 2022
      New York, New York

                                                   Vernon S. Broderick
                                                   United States District Judge