```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  FOXMIND CANADA ENTERPRISES                                :
  LTD.,                                                     :
                                                            :
                              Plaintiff,                    :   22-cv-0885 (VSB)
                                                            :
                 -against-                                  :         **ORDER**
                                                            :
                                                            :
  BADOUYU INTELLIGENT IOT                                   :
  TECHNOLOGY (SUZHOU) CO., et al.,                          :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

On July 12, 2022, I ordered that Defendants show cause at a teleconference on August 9, 2022 at 3:00 p.m. why an order should not be issued for the entry of a default judgment. (Doc. 34.) It is hereby:

ORDERED that the show cause conference scheduled for August 9, 2022 is rescheduled to August 29, 2022 at 3:30 p.m. The conference will still be held via teleconference, using the dial-in 888-363-4749, and the access code 2682448.

IT IS FURTHER ORDERED that on or before August 22, 2022, Plaintiff shall file a brief addressing whether Defendants were properly served under the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil and Commercial Matters (the "Hague Convention") or the Federal Rules of Civil Procedure. *See Smart Study Co. v. Acuteye-Us*, No. 1:21-CV-5860-GHW, 2022 WL 2872297 (S.D.N.Y. July 21, 2022).

IT IS FURTHER ORDERED that Plaintiff serve a copy of this Order on Defendants via any previously approved means of service in this action, and file proof of such service on the

docket on or before August 22, 2022.

SO ORDERED.

Dated: August 5, 2022
      New York, New York

                                    Vernon S. Broderick
                                  United States District Judge