UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
           :
FOXMIND CANADA ENTERPRISES   :
LTD.,           :
           :
         Plaintiff,   :      22-cv-0885 (VSB)
           :
     -against-   :      **ORDER**
           :
           :
BADOUYU INTELLIGENT IOT   :
TECHNOLOGY (SUZHOU) CO., LTD.,   :
et al.,           :
           :
         Defendants.  :
           :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of Plaintiff's supplemental briefing in response to my August 5, 2022 Order directing Plaintiff to explain whether Defendants were properly served pursuant to Judge Woods's recent decision in *Smart Study Co. v. Acuteye-Us*, No. 21 Civ. 5860 (GHW), 2022 WL 2872297 (S.D.N.Y. July 21, 2022).  (Docs. 42–43.)  It is hereby:

      ORDERED that, on or before September 7, 2022, Plaintiff file a declaration concerning any and all efforts taken to discover physical addresses for service of process against Defendants in this case.  The declaration should include a chart delineating, for each Defendant, each and every potential address identified, how each potential address was identified, and any and all efforts taken to investigate the veracity of each address, including but not limited to:  Internet-based searches about the address, Internet-based searches about Defendants, phone calls to associated phone numbers, and in-person visits to the address.  The declaration should indicate who investigated each address and when, and any relevant qualifications of the investigator.  To

the extent that Plaintiff concluded that service of process to an address would be unsuccessful, the declaration should explain why Plaintiff reached that conclusion.

    IT IS FURTHER ORDERED that the show cause hearing currently scheduled for August 29, 2022 is adjourned *sine die*.

SO ORDERED.

Dated: August 25, 2022
      New York, New York

                      Vernon S. Broderick
                      United States District Judge