```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
FOXMIND CANADA ENTERPRISES LTD.,                           :
                                                           :
                              Plaintiff,                   :
                                                           :           22-CV-0885 (VSB)
                - against -                                :
                                                           :                ORDER
                                                           :
BADOUYU INTELLIGENT IOT                                    :
TECHNOLOGY (SUZHOU) CO., et al.,                           :
                                                           :
                              Defendants.                  :
                                                           :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On February 27, 2024, Plaintiff Foxmind Canada Enterprises Ltd. filed a letter, which I endorsed, stating that it would provide me with an update regarding the *Smart Study* litigation by May 24, 2024. (Docs. 82 & 86.) To date, Plaintiff has failed to provide any such update. Accordingly, it is hereby

ORDERED that Plaintiff shall provide me with an update regarding the *Smart Study* litigation by June 7, 2024.

SO ORDERED.

Dated: May 30, 2024
       New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge